Alex Asil Mashiri, Esq. (SBN 283798)
alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorneys for Plaintiff:
FELIPE MAGALLON

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON | ) Case No. 3:17-cv-01515-L-WVG |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **MOTION TO DISMISS** |
| | ) |
| | ) |
| AMERICAN EXPRESS BANK | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff FELIPE MAGALLON moves the Court to dismiss this case with prejudice. The case has been settled. Each party to bear their on attorneys' fees and costs.

Respectfully submitted,

DATED:  November 9, 2017            **MASHIRI LAW FIRM**
                                     A Professional Corporation

                                     By: /s/ Alex Asil Mashiri
                                     Alex Asil Mashiri
                                     Attorney for Plaintiff,
                                     FELIPE MAGALLON