# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON | Case No. 17-cv-01515-L-WVG |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| AMERICAN EXPRESS BANK | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's Motion to Dismiss is granted. This action is dismissed with prejudice. Each party shall bear his or its own costs and expenses.

**IT IS SO ORDERED.**

Dated: November 13, 2017

_____
Hon. M. James Lorenz
United States District Judge